**Edward KOPPLEMAN, Sanford Koppleman, and Hyman Koppelman, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 13245.

United States Court of Appeals
Sixth Circuit.

Oct. 3, 1957.

Lawrence R. Bloomenthal, Cleveland, Ohio, for petitioners.

[1].  In Matter of Engram, 249 F.Supp. 342.

Charles K. Rice, Nelson P. Rose, Ellis N. Slack, Washington, D. C., for respondent.

PER CURIAM.

The above-entitled cause, being considered upon a stipulation for dismissal signed by counsel for the parties, it is

Ordered that the appeals herein be dismissed,

And It Is Further Ordered that the Clerk of this Court transmit certified copies of this Order and the Stipulation of Dismissal to the Clerk of the Tax Court.